S. N. GRIFFITH ET AL. V. THE STATE.

No. 11691.   Delivered May 23, 1928.

Forfeiture of Appearance Bond—Failure to File Brief—Appeal Dismissed.

This is an appeal from a forfeiture of an appearance bond and the facts are identical with the case of Paul Selvey et al. v. The State, No. 11689, this day decided. For the reasons stated in the Selvey case the appeal in this case is dismissed.

Appeal from the District Court of Nacogdoches County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a judgment forfeiting an appearance bond. Dismissed.

The opinion states the case.

*Adams & McAlister* of Nacogdoches, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MARTIN, JUDGE.—This is an appeal from a final judgment of forfeiture of an appearance bond and the facts are identical with the case of Paul Selvey et al., Appellants, v. The State of Texas, Appellee, No. 11689, this day decided. For the reasons stated in the last above mentioned opinion, the appeal in this case is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.